AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Prost, Sharon | **2. Court or Organization**<br><br>Federal Circuit | **3. Date of Report**<br><br>05/11/2011 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2010<br>to<br>12/31/2010 |
| **7. Chambers or Office Address**<br><br>U.S. Court of Appeals, Fed Cir<br>717 Madison Pl., NW<br>Washington, DC 20439 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Prost, Sharon**

| Name of Person Reporting | Date of Report |
|---|---|
| **Prost, Sharon** | 05/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 03/26/2010-03/27/2010 | New York, NY | Dinner in Honor of Federal Judiciary | Transportation, food, lodging |
| 2. | Harvard Law School | 04/22/2010-04/24/2010 | Boston, MA | Conference panelist | Transportation, food, lodging |
| 3. | The Richard Linn American Inn of Court | 03/13/2010-03/14/2010 | Chicago, IL | Inn meeting panelist | Transportation, food, lodging |
| 4. | Federal Circuit Bar Association | 6/22/2010-6/26/2010 | Colorado Springs, CO | Conference panelist | Transportation, food, lodging |
| 5. | Harvard Law School | 10/13/2010-10/14/2010 | Boston, MA | Conference panelist | Transportation, food, lodging |
| 6. | Sedona Conference | 10/20/2010-10/22/2010 | Phoenix, AZ | Conference panelist | Transportaton, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/11/2011 |

| | | | | |
|---|---|---|---|---|
| 7. Philadelphia Intellectual Property Law Association | 11/18/2010-11/19/2010 | Philadelphia, PA | Annual Judges' Dinner | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/11/2011 |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ML Fundamental Growth Mutual Fund | | None | J | T | | | | | |
| 2. CMA Tax-Exempt Fund | A | Interest | J | T | | | | | |
| 3. Reserve Prime Money Market | A | Dividend | J | T | | | | | |
| 4. General Electric Company | A | Dividend | J | T | | | | | |
| 5. Pioneer - Pioneer Value Fund CIA | A | Dividend | K | T | | | | | |
| 6. American Funds - SmallCap World Fund Inc. CIA | | None | J | T | | | | | |
| 7. WGL Holdings Inc. | D | Dividend | K | T | | | | | |
| 8. American Funds - Capital World Growth Income Fund CIB | | None | J | T | | | | | |
| 9. Rental Property, Silver Spring, MD | D | Rent | M | W | | | | | |
| 10. United States Senate FCU - Account | B | Interest | M | T | | | | | |
| 11. United States Senate - ROTH IRA | A | Interest | J | T | | | | | |
| 12. Pioneer - Pioneer Mid-Cap Growth Fund - IRA | A | Dividend | K | T | | | | | |
| 13. M&T Bank - IRA | A | Interest | J | T | | | | | |
| 14. PNC Bank - IRA (formerly known as Riggs National Bank) | A | Interest | J | T | | | | | |
| 15. U.S. Government Fund - The Reserve Fund - IRA | A | Dividend | J | T | | | | | |
| 16. Merill Lynch Life Insurance Cash Surrender Value | A | Dividend | L | T | | | | | |
| 17. PNC Bank - CDs (formerly known as Riggs National Bank) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds - Euro Pac Growth | A | Dividend | J | T | Sold (part) | 10/20/10 | J | A | |
| 19. Goldman Sachs TR Mid-Cap Value Fund | | None | J | T | | | | | |
| 20. Pentair Inc. | A | Dividend | J | T | | | | | |
| 21. American Century New Opportunities | | None | J | T | | | | | |
| 22. Eaton Vance Large Cap Value | A | Dividend | J | T | Buy (add'l) | 10/20/10 | J | | |
| 23. Hartford Growth Opportunities | | None | J | T | Sold (part) | 10/20/10 | J | A | |
| 24. Artio Global Investment Funds International Equity II I | A | Dividend | J | T | Buy (add'l) | 10/20/10 | J | | |
| 25. Royce Pennsylvania Mutual Fund | A | Dividend | J | T | Sold (part) | 10/20/10 | J | A | |
| 26. Thornburg International Value Fund (See Part VIII) | A | Dividend | J | T | Sold (part) | 10/20/10 | J | A | |
| 27. Wells Fargo Advantage Small Cap Gr Fund (See Part VIII) | | None | | | Sold | 12/06/10 | J | A | |
| 28. Wells Fargo Advantage Small Cap Growth Admin Frac | | None | J | T | Buy | 12/06/10 | J | | |
| 29. Westcore Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 10/20/10 | J | A | |
| 30. iShares Russell 1000 Growth Index Fund | A | Dividend | J | T | Sold (part) | 10/20/10 | J | A | |
| 31. iShares Russell 1000 Value Index Fund | A | Dividend | J | T | Buy (add'l) | 10/20/10 | J | | |
| 32. Municipal Bond Ohio | A | Interest | K | T | | | | | |
| 33. Municipal Bond Jefferson County, CO | A | Interest | K | T | | | | | |
| 34. Municipal Bond Purdue Univ. | A | Interest | | | Sold | 03/19/10 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Municipal Bond Cuyahoga OH Comm. Coll. | A | Interest | | | Sold | 10/06/10 | K | A | |
| 36. Municipal Bond Oregon St. Dpt. Admin. | A | Interest | K | T | | | | | |
| 37. Municipal Bond Spring Branch, TX Indpt. School Dist. | A | Interest | K | T | | | | | |
| 38. Municipal Bond Oregon St Brd. Ed. | A | Interest | | | Sold | 12/01/10 | K | A | |
| 39. Municipal Bond San Antonio, TX Elec. & Gas Rev. | A | Interest | K | T | | | | | |
| 40. Municipal Bond New York, NY Trans. Fin. Auth. | A | Interest | K | T | | | | | |
| 41. Municipal Bond University Tex. | A | Interest | K | T | | | | | |
| 42. Municipal Bond Energy Northwest Wa. Elec. | A | Interest | K | T | | | | | |
| 43. Municipal Bond Met. Nsh-Dvd TN Elec. Rev. | A | Interest | K | T | | | | | |
| 44. Municipal Bond Georgia | A | Interest | K | T | | | | | |
| 45. Municipal Bond Ohio St Major New St Infrastructure | A | Interest | J | T | Buy | 12/10/10 | J | | |
| 46. MFS ValueI Fund (See Part VIII) | A | Dividend | J | T | Buy (add'l) | 10/20/10 | J | | |
| 47. Municipal Bond Clackamas OR Cmty College | A | Interest | K | T | Buy | 10/19/10 | K | | |
| 48. Municipal Bond NY St EFC St Cln-Drinking Wtr | A | Interest | K | T | Buy | 03/25/10 | K | | |
| 49. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 26 - Thornburg Interenational Fund - This fund was listed as sold on last years financial disclosure, it should have been listed as sold in part.

Part VII Line 27 - Wells Fargo Advantage Small Cap - This fund was listed as sold on last years financial disclosure, it should have been listed as sold in part.

Part VII LIne 46 - MFS Value Fund - This fund was listed as sold on last years financial disclosure, it should have been listed as sold in part.

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/11/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sharon Prost**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544